UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADEO CABALLERO,<br><br>                Plaintiff,<br><br>v.<br><br>THANH DOAN and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. C-13-04482-RMW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Re Docket No. 10] |

The court adopts the Report and Recommendation of the magistrate. *See* Dkt. No. 10. The court finds that it lacks subject matter jurisdiction. Accordingly, the case is dismissed with prejudice.

Dated: November 1, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER ADOPTING R&R
Case No. C-13-04482-RMW
SW
- 1 -